UNITED STATES, Appellee

v

HENRY A. SMART, Sergeant, U. S. Army, Appellant

9 USCMA 451, 26 CMR 231

No. 9921

Decided July 11, 1958

*Major Edward Fenig* argued the cause for Appellant, Accused. With him on the brief were *Colonel James M. Scott* and *First Lieutenant Jerome H. Gerber.*

*First Lieutenant Chester F. Relyea* argued the cause for Appellee, United States. With him on the brief were *Lieutenant Colonel Thomas J. Newton* and *Major Thomas J. Nichols.*

Opinion of the Court

HOMER FERGUSON, Judge:

This is a companion case to United States v Dozier, 9 USCMA 443, 26 CMR 223, decided this date. The issues raised were identical with those decided in the *Dozier* case and our holding there is dispositive of this appeal. The decision of the board of review is reversed. The record is returned to The Judge Advocate General of the Army for sub-mission to the board of review to permit further consideration in the light of the views expressed in that opinion.

Chief Judge QUINN concurs.

LATIMER, Judge (dissenting):

I dissent for the reasons expressed in my separate opinion in United States v Dozier, 9 USCMA 443, 26 CMR 223, decided this day.